Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz

Attorney for MRS Associates, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GOLDEN, an individual, | Case No.:  12-08529 |
| Plaintiff, | |
| vs. | ORDER GRANTING JOINT STIPULATION AND MOTION TO DISMISS ACTION AGAINST MRS BPO WITH PREJUDICE |
| MRS BPO, L.L.C, f.k.a. MRS ASSOCIATES, INC., and , DOES 1 through 50, inclusive, | |
| Defendants. | |

Based on the Joint Stipulation and Motion to Dismiss the Action as to Defendant MRS with Prejudice filed in this action, the above-captioned action as to Defendant MRS is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: April 11, 2014

_____
HON. JAY C. GANDHI
U.S. MAGISTRATE JUDGE